UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

FILED
DEC 21 2005
J. T. NOBLIN, CLERK
BY_____ DEPUTY

UNITED STATES OF AMERICA )
)
V. ) Docket No.: 3:99cr145BS-001
)
CLAY JORDAN )

### ORDER OF DISMISSAL

The Court, after reviewing information from the United States Probation Office, finds the Petition for Warrant, signed by the Honorable William H. Barbour, Jr., August 9, 2005, for a revocation hearing, is hereby dismissed. The Court makes this finding based on information indicating that although Jordan was given notice to report for his federal supervised release term after his release from the custody of the Mississippi Department of Corrections, Jordan may have misunderstood the United States Probation Officer's instructions and the misunderstanding was the reason he failed to report. The Court orders the August 9, 2005, Petition for Warrant dismissed, and Jordan released from the Madison County Sheriff's Department Jail. The Court also orders Jordan to report to the Jackson, Mississippi United States Probation Office with seventy-two (72) hours of his release from incarceration to begin his federal supervised release term.

SO ORDERED THIS THE 21st day of December, 2005.

_____
WILLIAM H. BARBOUR, JR.
U.S. DISTRICT JUDGE